1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11   VICTORIA M. MORALES,                      )     NO. CV 11-3305 FMO
                                               )
12              Plaintiff,                     )
                                               )
13          v.                                 )     **JUDGMENT**
                                               )
14   MICHAEL J. ASTRUE,                        )
     COMMISSIONER OF SOCIAL                    )
15   SECURITY ADMINISTRATION,                  )
                                               )
16              Defendant.                     )
     _____        )

17

18          IT IS ADJUDGED that the decision of the Commissioner of the Social Security

19   Administration is reversed and this matter remanded, pursuant to sentence four of 42 U.S.C. §

20   405(g), for further administrative proceedings consistent with the court's Order Re: Joint

21   Stipulation filed contemporaneously with the filing of this Judgment.

22   Dated this 31st day of January, 2012.

23

24                                             _____
                                                              /s/
25                                                     Fernando M. Olguin
                                                  United States Magistrate Judge

26

27

28