JAMES P. SHEA (State Bar No. 162483)
LAW OFFICES OF SUSAN R. WASSERMAN
5055 Wilshire Blvd., Suite 340
Los Angeles, CA 90036
Telephone: 323-954-9600
Fax: 323-954-9616
E-mail: lawoffice5750@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| VICTORIA M. MORALES,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>    Defendant. | NO. CV 11-3305 FMO<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

IT IS ORDERED that EAJA fees are awarded in the amount of four thousand, six hundred dollars and no cents ($4,600.00), and costs in the amount of three hundred fifty dollars and no cents ($350.00), subject to the provisions of the EAJA and subject to the terms of the stipulation between the parties.

Dated:   3/9/12                               /s/

                                          HON. FERNANDO M. OLGUIN
                                        UNITED STATES MAGISTRATE JUDGE